NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GILEAD SCIENCES, INC.,**
*Plaintiff-Appellee,*

**v.**

**SIGMAPHARM LABORATORIES, LLC,**
*Defendant-Appellant.*

---

2014-1456

---

Appeal from the United States District Court for the District of New Jersey in No. 2:10-cv-04931-SDW-MCA, Judge Susan D. Wigenton.

---

**JUDGMENT**

---

TIMOTHY J. KELLY, Fitzpatrick, Cella, Harper & Scinto, of New York, New York, argued for plaintiff-appellee. With him on the brief was CHRISTOPHER E. LOH. Of counsel was COLLEEN TRACY.

JOHN E. ROSENQUIST, Leydig, Voit & Mayer, LTD., of Chicago, Illinois, argued for defendant-appellant. With him on the brief was MARC R. WEZOWSKI. Of counsel on the brief were K. LEE MARSHALL and ROBERT L. STOLEBARGER, Bryan Cave LLP, of San Francisco, Cali-

fornia; and AMEER GADO and ANTHONY FRIEDMAN, of St. Louis, Missouri.  Of counsel was KAREN A. CONFOY, Fox Rothschild, of Lawrenceville, New Jersey.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, REYNA, and HUGHES, *Circuit Judges*).

### AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  December 8, 2014  | /s/  Daniel  E.  O'Toole |
| :---: | :--- |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |